906

*Duggan*, District Attorney, for Commonwealth, appellee.

Judgments of sentence in all appeals affirmed.

Commonwealth *v.* Bedford et al., Appellants.

Submitted April 15, 1971. *Byrd R. Brown*, for appellants; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Berrios, Appellant.

Submitted March 15, 1971. *Edwin S. Heins, Jr.,* and *Raspin, Espenshade, Heins & Erskine,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Bond, Appellant.

Argued March 19, 1971.